1  **JASON K. SINGLETON,** State Bar # 166170
   jason@singletonlawgroup.com
2  **SINGLETON LAW GROUP**
   **611 "L" Street, Suite "A"**
3  **Eureka, CA 95501**
   **(707) 441-1177**
4  **FAX:  441-1533**

5  **Attorneys for Plaintiff, RAY QUINTANILLA**

JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY QUINTANILLA, | Case No. CV 12-00991 RGK (Ex) |
| Plaintiff, | ORDER OF DISMISSAL WITH PREJUDICE |
| v. | |
| ECOLOGY AUTO PARTS, INC., a California corporation, VINE STREET LLC, a California Limited Liability Company, and DOES ONE TO TEN, inclusive, | |
| Defendants. | |

Having considered the parties' Stipulation for Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1.  The action <u>QUINTANILLA vs ECOLOGY AUTO PARTS, INC., et al.</u>, Case Number CV-12-00991 RGK (Ex), is dismissed with prejudice with each party to bear his or its own attorney fees and costs.

Dated:  August 9, 2012

_____
R. GARY KLAUSNER, JUDGE
UNITED STATES DISTRICT COURT