1  **JASON K. SINGLETON, State Bar # 166170**
   jason@singletonlawgroup.com
2  **SINGLETON LAW GROUP**                                   JS-6
   **611 "L" Street, Suite "A"**
3  **Eureka, CA 95501**
   **(707) 441-1177**
4  **FAX:  441-1533**

5  **Attorneys for Plaintiff, RAY QUINTANILLA**

8                  UNITED STATES DISTRICT COURT

9                  CENTRAL DISTRICT OF CALIFORNIA

10 **RAY QUINTANILLA,**                )   Case No. CV 12-00991 RGK (Ex)
                                        )
11                                      )
        **Plaintiff,**                  )   **ORDER OF DISMISSAL WITH**
12 v.                                   )   **PREJUDICE**
                                        )
13                                      )
   **ECOLOGY AUTO PARTS, INC., a**      )
14 **California corporation, VINE**     )
   **STREET LLC, a California Limited** )
15                                      )
   **Liability Company, and DOES ONE**  )
16 **TO TEN, inclusive,**               )
                                        )
17                                      )
        **Defendants.**                 )
18 _____

19     Having considered the parties' Stipulation for Dismissal with Prejudice and for
20 good cause appearing, it is hereby ORDERED:
21     1.   The action <u>QUINTANILLA vs ECOLOGY AUTO PARTS, INC., et al.</u>,
22 Case Number CV-12-00991 RGK (Ex), is dismissed with prejudice with each party to
23 bear his or its own attorney fees and costs.

25 Dated: August 9, 2012        _____
26                              R. GARY KLAUSNER, JUDGE
                                UNITED STATES DISTRICT COURT